1  Richard A. Lazenby (*admitted pro hac vice*)
   Email: rlazenby@condonlaw.com
2  Andrew C. Johnson (Nevada Bar No. 11616)
   Email: ajohnson@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   HAWAIIAN AIRLINES, INC.
7
           - and -
8
   TODD D. THIBODO (*admitted pro hac vice*)
9  Email: todd@thibodo.com
   LAW OFFICES OF TODD D. THIBODO
10 A PROFESSIONAL CORPORATION
   16133 Ventura Boulevard, Suite 580
11 Encino, California 91436
   Telephone: (818) 907-5769
12 Facsimile:  (818) 907-5793

13 Attorneys for Plaintiffs
   RICHARD ROSEN and ILANA ROSEN
14

15              UNITED STATES DISTRICT COURT

16                   DISTRICT OF NEVADA

17

18 RICHARD ROSEN and ILANA          )  Case No. 2:15-cv-01180-RFB-(NJK)
   ROSEN,                           )
19                                  )
               Plaintiffs           )  **STIPULATION AND**
20                                  )  **[PROPOSED] ORDER OF**
        vs.                         )  **DISMISSAL WITH PREJUDICE**
21                                  )
   HAWAIIAN AIRLINES, INC., a       )
22 Delaware corporation; and DOES 1 )
   through 10, inclusive;           )
23                                  )
               Defendants.          )
24                                  )
                                    )
25 _____ )

26

27
        IT IS HEREBY STIPULATED, by and between Plaintiffs Richard Rosen
28
   and   Ilana   Rosen   ("Plaintiffs")   and   Defendant   Hawaiian   Airlines,   Inc.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

("Hawaiian"), by and through their respective attorneys of record, that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her, his or its own costs and attorneys fees.

IT IS HEREBY FURTHER STIPULATED by and between Plaintiffs and Hawaiian, that this dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between the parties.

**IT IS SO STIPULATED.**

Dated: May 16, 2016                    CONDON & FORSYTH LLP


By: *Richard A. Lazenby*
        RICHARD A. LAZENBY
        ANDREW C. JOHNSON

        -and-

        JONATHAN W. CARLSON
        MCCORMICK BARSTOW, LLP
        8337 W. Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Telephone: (702) 919-1100
        Facsimile:  (702) 949-1101

        Attorneys for Defendant
        HAWAIIAN AIRLINES, INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1   Dated: May 16, 2016                    LAW OFFICES OF TODD D. THIBODO
                                           A PROFESSIONAL CORPORATION
2

3                                          By:  *Todd D. Thibido*
                                                TODD D. THIBODO
4

5                                          -and-

6                                          RYAN A. HAMILTON
                                           HAMILTON LAW
7                                          5125 South Durango Drive, Suite C
                                           Las Vegas, Nevada 89113
8                                          Telephone: (702) 818-1818
                                           Facsimile: (702) 974-1139
9
                                           Attorneys for Plaintiffs
10                                         RICHARD ROSEN and
                                           ILANA ROSEN
11

12  I hereby attest that concurrence in the filing of the Stipulation and [Proposed]
    Order of Dismissal with Prejudice has been obtained from the other Signatories.
13

14  Dated: May 16, 2016                    CONDON & FORSYTH LLP

15

16
                                           By:  *Andrew C. Johnson*
17                                              RICHARD A. LAZENBY
                                                ANDREW C. JOHNSON
18                                              Attorneys for Defendant
                                                HAWAIIAN AIRLINES, INC.
19

20

21      **IT IS SO ORDERED**.

22

23

24  Date:  May 16, 2016.                   _____
                                           RICHARD F. BOULWARE, II
25                                         United States District Judge

26

27

28

STIPULATION AND [PROPOSED] ORDER OF                    - 3 -
DISMISSAL WITH PREJUDICE
CASE NO.: 2:15-cv-01180-RFB-(NJK)                              LAOFFICE 140947V.1